HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

AUG 28 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00151 SAB |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| AYRON SEWAK, | |
| Defendant. | |

Defendant, Ayron Sewak, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his probation.

On April 18, 2016, in the ND/CA, San Francisco, Mr. Sewak was charged by Information with 36 C.F.R. § 1004.23(a)(1) & (a)(2) ~ DUI & DUI>.08%. On August 2, 2016, Mr. Sewak pled guilty to Count 1 of the Information. On March 21, 2017, Mr. Sewak was sentenced to 3 years probation, $1,000 fine, and 100 hours of community service. On June 13, 2017, Transfer of Jurisdiction was received in this district from the ND/CA.

Mr. Sewak is requesting appointment of counsel, and his Financial Affidavit is attached for the court's consideration.

DATED: August 27, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED: August 28, 2019

/s/ Barbara A. McAuliffe
HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE